# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3120

United States of America

Appellee

v.

Ramien Collins, also known as Rambo

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cr-00528-JM-1)

___

**ORDER**

On May 15, 2023, after determining that counsel's initial brief did not satisfy his obligations under Anders v. California, 386 U.S. 738, 744-45 (1967), we ordered counsel to file a compliant Anders brief. United States v. Collins, 67 F.4th 919 (8th Cir. 2023). Counsel has since filed a second brief, concluding there are no meritorious grounds for reversal. Yet this brief, like the first, "makes inferences against Collins," id. at 920, and argues to affirm, including on harmless error grounds. Despite these shortcomings, we grant counsel's motion to withdraw. Ramien Collins may file a pro se brief raising any issues he believes the court should consider on appeal.

June 29, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Michael E. Gans