No. 22-3120

United States Court of Appeals for the Eighth Circuit

---

United States of America
Plaintiff-Appellee

v.

Ramien Collins
Defendant-Appellant

---

Appeal from the United States District Court
Eastern District of Arkansas

District Court Case Number 4:19-cr-00528-JM-1

The Honorable James Maxwell Moody, Jr.
United States District Judge

---

Motion to Withdraw as Counsel

---

Jimmy C. Morris, Jr.
Ark. Sup. Ct. Reg. No. 2007134
Morris Law Firm
221 West Second Street, Suite 630
Little Rock, Arkansas 72201-2587
Telephone 501.319.7647
Email j.c.morrisatty@gmail.com

similar to the charges for which he was on trial and not too remote in time; it was supported by sufficient evidence; its probative value outweighed its prejudicial effect; and the court gave a limiting instruction to the jury that said it could not consider the evidence as proof that he committed the crimes for which he was on trial. *United States v. Williams*, 534 F.3d 980, 984 (8th Cir. 2008) (citing Fed. R. Evid. 404(b)); (quoting *United States v. Walker*, 470 F.3d 1271, 1274 (8th Cir. 2006)).

After conducting a conscientious examination of the record in this case, the undersigned attorney cannot find a meritorious ground for reversal. *Anders v. California*, 386 U.S. 738, 744-745 (1967). In accordance with my duty as Mr. Collins's appellate counsel, I have included in this brief anything in the record that might arguably be deemed a meritorious ground for reversal. *Anders*, 386 U.S. at 744. Because there is nothing in the record of this case that might arguably be deemed a meritorious ground for reversal, the undersigned attorney requests permission from this Court to withdraw as Mr. Collins's appellate counsel. *Anders*, 386 U.S. at 744-745.

Respectfully submitted,

30

/s/Jimmy C. Morris, Jr.
Jimmy C. Morris, Jr.